# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| Aaron Newsome Barber, ) | CASE NO. 14-60207-CRM |
| Julia Gallon Barber, ) | |
| ) | |
| ) | |
| DEBTORS. ) | |

## MOTION TO APPROVE LOAN MODIFICATION

COME NOW Aaron Newsome Barber and Julia Gallon Barber, Debtors in the above-styled Chapter 13 case, and through counsel file this Motion to Approve Loan Modification (the "Motion"), showing this Honorable Court the following:

**1.**

The Debtor filed the instant Chapter 13 case on May 27, 2014, and the plan was confirmed October 21st 2014, by order of this Court (Doc. No. 27).

**2.**

In the Chapter 13 Schedules, Debtor lists an interest in real property located at 3011 Will Rogers Pl Atlanta, GA 30316.

**3.**

Debtor and CitiMortgage, the servicer of Debtor's mortgage, have entered into a Loan Modification to better enable the servicing of Debtor's loan.

**4.**

The terms of the proposed modification consist of $68,012.55 in principal unpaid balance, to be financed at a fixed interest rate of 4.25 %, with monthly mortgage payments of $452.06 beginning April 1st 2015.  See Exhibit A attached.

**5.**

Debtors asserts that the granting of this Motion is in Debtors best economic interests and the interests of Debtors creditors and the estate and will enable Debtors to continue in the Chapter 13 case without incident.

**6.**

For the foregoing reasons, Debtors ask the Court grant this Motion and approve Debtors' proposed Loan Modification.

WHEREFORE, Debtor prays:

(a) That this Motion be filed, read, and considered;

(b) That this Motion be granted; and,

(c) That this Honorable Court grant such other and further relief as it deems just and proper.

Dated: April 28, 2016                                        Respectfully submitted,
                                                             Khoshnood Law Firm, P.C.


                                                    By:   /s/ *Ilan N. Kapnek*

KHOSHNOOD LAW FIRM, PC                                    Ilan N. Kapnek
50 Hurt Plaza                                             GA Bar No. 260777
Suite 730                                                 Attorney for Debtor
Atlanta, GA 30303
(404)-941-1414
klfnotices@yahoo.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| Aaron Newsome Barber, ) | CASE NO. 14-60207-CRM |
| Julia Gallon Barber, ) | |
| ) | |
| ) | |
| DEBTORS. ) | |

**AMENDED NOTICE OF HEARING ON MOTION TO APPROVE**
**LOAN MODIFICATION**

**PLEASE TAKE NOTICE** that Debtors Aaron Newsome Barber and Julia Gallon Barber, has filed papers with the Court seeking the approval of a loan modification.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Loan Modification in: **Courtroom 1203, U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia, 30303, at 10:00 AM on May 24, 2016.**

Your rights may be affected by the Court's ruling on these pleadings.  You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, you and/or your attorney must attend the hearing.

You may also file a written response.  You must attach a certificate stating when, how, and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address of the Clerk's Office is:

| **PLACE OF FILING:** | Clerk, United States Bankruptcy Court<br>1340 U.S. Courthouse<br>75 Ted Turner Dr, SW<br>Atlanta, GA 30303 |
|---|---|

You must also mail a copy of your response to the undersigned at the address stated below and to the Debtors at 3011 Will Rogers Pl Atlanta, GA 30316.

Dated: April 28, 2016                                    Respectfully submitted,

                           Khoshnood Law Firm, P.C.

                   By:    /s/ *Ilan N. Kapnek*

KHOSHNOOD LAW FIRM, PC     Ilan N. Kapnek
50 Hurt Plaza           GA Bar No. 260777
Suite 730            Attorney for Debtor
Atlanta, GA 30303
(404)-941-1414
klfnotices@yahoo.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| Aaron Newsome Barber, ) | CASE NO. 14-60207-CRM |
| Julia Gallon Barber, ) | |
| ) | |
| ) | |
| DEBTORS. ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, certify under penalty of perjury that on this day I served the following parties with a copy of the attached "Motion to Approve Loan Modification" by placing true copies of same in the United States Mail, with adequate postage affixed to ensure delivery, addressed to:

Nancy J. Whaley (Via ECF)　　　　　　　　　Aaron Newsome Barber and Julia
Chapter 13 Trustee　　　　　　　　　　　　　Gallon Barber
Suite 120　　　　　　　　　　　　　　　　　3011 Will Rogers Pl
303 Peachtree Center Avenue　　　　　　　　　Atlanta, GA 30316
Atlanta, GA 30303

*(Plus all creditors on attached matrix)*

Dated: April 28, 2016　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　Khoshnood Law Firm, P.C.

　　　　　　　　　　　　　　　　　By:　/s/ *Ilan N. Kapnek*

KHOSHNOOD LAW FIRM, PC　　　　　　Ilan N. Kapnek
50 Hurt Plaza　　　　　　　　　　　　　　　GA Bar No. 260777
Suite 730　　　　　　　　　　　　　　　　　Attorney for Debtor
Atlanta, GA 30303
(404)-941-1414
klfnotices@yahoo.com

```
Label Matrix for local noticing        Ally Financial Inc., f/k/a GMAC, Inc.      1st Investers
113E-1                                 c/o McCullough Payne & Haan, LLC           380 Interstate North Parkway Sutie 300
Case 14-60207-crm                      271 17th Street, NW                        Atlanta, GA 30339-2222
Northern District of Georgia           Suite 2200
Atlanta                                Atlanta, GA 30363-6213
Tue Nov 24 16:05:26 EST 2015

Abc Credit & Recovery                  Ahesi/CitiMortgage Inc.                    Ally Bank serviced by Ally Servicing LLC
4736 Main St Apt #                     Attention: Bankruptcy                      PO Box 130424
Lisle, IL 60532-1753                   Po Box 79022 Ms 322                        Roseville, MN 55113-0004
                                       St. Louis, MO 63179


Ally Financial                         BellSouth Telecommunications, Inc          Chevron Texaco/ Citicorp
Attn: Bankruptcy                       %AT&T Services, Inc                        Citicorp Credit Svcs/Attn:Centralized Ba
Po Box 130424                          Karen A Cavagnaro - Lead Paralegal         Po Box 20507
Roseville, MN 55113-0004               One AT&T Way, Room 3A104                   Kansas City, MO 64195-0507
                                       Bedminster, NJ 07921-2693


CitiMortgage, Inc.                     CitiMortgage, Inc.                         Citifinancial
P.O. Box 688971                        PO Box 6030                                605 Munn Road
Des Moines, IA 50368-8971              Sioux Falls, South Dakota 57117-6030       Fort Mill, SC 29715-8421



Citifinancial Mortgage                 Department Stores National Bank/Macys      Dsnb Macys
P.O. Box 9438                          Bankruptcy Processing                      9111 Duke Blvd
Dept. 0251                             Po Box 8053                                Mason, OH 45040-8999
Gaithersburg, MD 20898-9438            Mason, OH 45040-8053



Financial Asset Mgmt I                 GECRB/JC Penny                             Gecrb/Chevron
1967 Lakeside Parkway Suite 402        Attention:  Bankruptcy                     Attention: Bankruptcy
Tucker, GA 30084-5867                  Po Box 103104                              Po Box 103104
                                       Roswell, GA 30076-9104                     Roswell, GA 30076-9104


(p)GEORGIA DEPARTMENT OF REVENUE       Green & Cooper, LLP                        (c)GREEN TREE SERVICING L
COMPLIANCE DIVISION                    615 Colonial Park Drive                    332 MINNESOTA ST STE E610
ARCS BANKRUPTCY                        Roswell, GA 30075-3772                     SAINT PAUL MN  55101-1311
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202


(p)GREENTREE SERVICING LLC             IC System                                  IRS
BANKRUPTCY DEPARTMENT                  Attn: Bankruptcy                           401 W Peachtree St NW
P O BOX 6154                           444 Highway 96 East; Po Box 64378          Stop-334
RAPID CITY SD 57709-6154               St. Paul, MN 55164-0378                    Atlanta, GA 30308



(p)JEFFERSON CAPITAL SYSTEMS LLC       NCEP, LLC                                  NCEP, LLC, assignee of NISSAN MOTOR
PO BOX 7999                            PO Box 165028                              ACCEPTANCE CORPORATION
SAINT CLOUD MN 56302-7999              Irving, TX 75016-5028                      c o Becket and Lee LLP
                                                                                  POB 3001
                                                                                  Malvern, PA 19355-0701


Ncep, LLC                              Professional Credit Se                     Protection One
c/o Greene & Cooper, LLP               2892 Crescent Ave                          c/o Creditors Bankruptcy Service
PO Box 1635                            Eugene, OR 97408-7397                      P.O. Box 740933
Roswell, GA 30077-1635                                                            Dallas, TX 75374-0933
```

| | | |
|---|---|---|
| Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Sams Club / GEMB<br>Attention:  Bankruptcy Department<br>Po Box 103104<br>Roswell, GA 30076-9104 | Sterling Finance<br>45-B Walton Street<br>Atlanta, GA 30303-2310 |
| Sterling Finance Co.<br>2450 Piedmont Rd, Ste E-4<br>Atlanta, GA 30324-3509 | U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Spring Street, SW<br>Atlanta GA 30303-3315 | Wells Fargo Bank<br>Mac- X2505-036<br>Pob 10438<br>Demoines, IA 50306-0438 |
| Wells Fargo Bank, N.A.<br>PO Box 10438<br>Des Moines, IA 50306-0438 | Wf Fin Bank<br>Attention: Bankruptcy<br>Po Box 10438<br>Des Moines, IA 50306-0438 | World Finance Corp<br>World Acceptance Corp/Attn Bankruptcy<br>Po Box 6429<br>Greenville, SC 29606-6429 |
| World Finance Corporation<br>4919 Flat Shoals Parkway<br>Suite 107A<br>Decatur, GA 30034-5257 | Aaron Newsome Barber<br>3011 Will Rogers Place<br>Atlanta, GA 30316-4445 | Hooman Khoshnood<br>Khoshnood Law Firm, P.C.<br>Suite 730<br>50 Hurt Plaza<br>Atlanta, GA 30303-2915 |
| Julia Gallon Barber<br>3011 Will Rogers Place<br>Atlanta, GA 30316-4445 | Nancy J. Whaley<br>Nancy J. Whaley, 13 Trustee<br>Suite 120<br>303 Peachtree Center Avenue<br>Atlanta, GA 30303-1286 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Georgia Department of Revenue<br>1800 Century Blvd, NE<br>Suite 17200<br>Atlanta, GA 30345-3206 | Green Tree Servicing LLC<br>PO BOX 6154<br>Rapid City, SD 57709-6154<br>Telephone # 888-298-7785 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud,  Mn 56302-9617 |

(d)Jefferson Capital Systems LLC;
Purchased From RJM Acquisitions, LLC
Jefferson Capital Systems, LLC
PO Box 7999
Saint Cloud, MN 56302-9617

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Green Tree Servicing L
332 Minnesota St Ste 610
Saint Paul, MN 55101

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CitiMortgage, Inc.

End of Label Matrix
Mailable recipients    43
Bypassed recipients     1
Total                  44